Mar. 31. 2006  6:15PM   Olympic Law

04-CV-02407-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDOVER CORPORATION, a Washington corporation d/b/a COLDWELL BANKER BAIN ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>BELLEVUE MASTER, LLC, a Delaware limited liability company,<br><br>Defendant. | No. C04-2407 TSZ<br><br>STIPULATION AND JOINT MOTION TO GRANT SUMMARY JUDGMENT STRIKING REMAINING AFFIRMATIVE DEFENSES PLED BY DEFENDANT BELLEVUE MASTER |

The Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate and jointly move for the Court to grant Plaintiff's Motion for Final Summary Judgment filed March 7, 2006 insofar as it strikes Bellevue Master's remaining affirmative defenses: Statute of Frauds, Failure to Mitigate Damages, Laches, Lack of Privity, Revocation and Acceptance, Failure to Comply with Statutory Requirements, Breach of Fiduciary Duties, and Commercial Frustration. These defenses shall be stricken, with prejudice.

The stipulation and joint motion shall in no way prejudice Bellevue Master's appeal rights with respect to any other defense or claim asserted in these proceeding, including, specifically, the final judgment entered and the January 6, 2006 ruling on summary judgment previously entered by this Court.

///

STIPULATION AND JOINT MOTION GRANTING
SUMMARY JUDGMENT STRIKING REMAINING
AFFIRMATIVE DEFENSES PLED BY DEFENDANT
BELLEVUE MASTER - 1
Case No. C04-2407 TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 • 206-447-4400

Case 2:04-cv-02407-TSZ   Document 71   Filed 04/03/06   Page 2 of 3
Case 2:04-cv-02407-TSZ   Document 69   Filed 03/31/2006   Page 2 of 3
Mar. 31. 2006  6:15PM   Olympic Law Group PLLP                No. 0297   P. 3

| | |
|---|---|
| FOSTER PEPPER PLLC | OLYMPIC LAW GROUP PLLP |
| *[signature]* | *[signature]* |
| Christopher Osborn, WSBA No. 13608<br>Rodrick J. Dembowski, WSBA No. 31479<br>Attorneys for Defendant Bellevue Master, LLC | Dennis J. McGlothin, WSBA No. 28177<br>Barbara Barrilleaux, WSBA No. 36702<br>Attorneys for Plaintiff Landover Corporation |

Having considered the foregoing stipulation and joint motion of the parties,

IT IS ORDERED THAT, Plaintiff's Motion for Summary Final Judgment filed March 7, 2006 [Dkt. no. 62] is GRANTED insofar as it strikes Bellevue Master's remaining affirmative defenses: Statute of Frauds, Failure to Mitigate Damages, Laches, Lack of Privity, Revocation and Acceptance, Failure to Comply with Statutory Requirements, Breach of Fiduciary Duties, and Commercial Frustration are hereby be stricken, with prejudice.

Bellevue Master's appeal rights with respect to any other defense or claim asserted in these proceedings, including, specifically and without limitation, the final judgment entered, and the January 6, 2006 ruling on summary judgment previously entered by this Court, shall not be affected by this Order.

DATED this 3rd day of April 2006.

_____
The Honorable Thomas S. Zilly

Presented by:

FOSTER PEPPER PLLC

*[signature]*

Christopher Osborn, WSBA No. 13608
Rodrick J. Dembowski, WSBA No. 31479
Attorneys for Defendant Bellevue Master, LLC

STIPULATION AND JOINT MOTION GRANTING
SUMMARY JUDGMENT STRIKING REMAINING
AFFIRMATIVE DEFENSES PLED BY DEFENDANT
BELLEVUE MASTER - 2
Case No. C04-2407 TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 • 206-447-4400

Case 2:04-cv-02407-TSZ   Document 71   Filed 04/03/06   Page 3 of 3
Case 2:04-cv-02407-TSZ   Document 69   Filed 03/31/2006   Page 3 of 3
Mar. 31. 2006  6:15PM   Olympic Law Group PLLP                    No. 0297  P. 4

Approved as to Form:

OLYMPIC LAW GROUP PLLP

_____
Dennis J. McGlothin, WSBA No. 28177
Barbara Barrilleaux, WSBA No. 36702
Attorneys for Plaintiff Landover Corporation

STIPULATION AND JOINT MOTION GRANTING
SUMMARY JUDGMENT STRIKING REMAINING
AFFIRMATIVE DEFENSES PLED BY DEFENDANT
BELLEVUE MASTER - 3
Case No. C04-2407 TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 • 206-447-4400